UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-20963-CIV-MORENO**

AIN JEEM, INC.,

       Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

       Defendants.
_____/

**ORDER DENYING PLAINTIFF'S *EX PARTE* MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER**

THIS CAUSE came before the Court upon Plaintiff's sealed *Ex Parte* Motion for Entry of Temporary Restraining Order **(D.E. 6)**, filed on **March 23, 2021**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED with leave to refile a motion for preliminary injunction with notice to Defendants consistent with Plaintiff's request for alternate service.

DONE AND ORDERED in Chambers at Miami, Florida, this _6_ of April 2021.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record