Case 1:21-cv-20963-FAM Document 11 Entered on FLSD Docket 04/06/2021 Page 1 of 1

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-20963-CIV-MORENO**

AIN JEEM, INC.,

        Plaintiff,

vs.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A,

        Defendants.
_____/

**ORDER DENYING PLAINTIFF'S MOTION TO FILE UNDER SEAL**

THIS CAUSE came before the Court upon Plaintiff's Motion to File Under Seal, filed on **March 23, 2021**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED.

DONE AND ORDERED in Chambers at Miami, Florida, this _6_ of April 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record